UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOR AHMADD BISHOP, | No. 2:21-cv-2039 AC P |
| Plaintiff, | |
| v. | ORDER |
| G. DODSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. It appears that the complaint in this action was intended to be filed as an amended complaint in Bishop v. Dodson (Bishop I), Cal. E.D. No. 2:21-cv-0574 KJM DMC. The complaint in Bishop I was screened on September 30, 2021, and plaintiff was given thirty days to file an amended complaint, for which he recently sought an extension. Bishop I, ECF Nos. 17, 18. Review of the complaint filed in this case shows that it is marked as a first amended complaint, makes the same allegations against the same defendants as Bishop I, and indicates in the certificate of service that it was intended to be filed in Bishop I. It appears that the amended complaint was opened as a new action because plaintiff failed to include the case number for Bishop I on the first page and submitted it through the prison's e-filing service, which is intended only for use with initial filings. Plaintiff is advised that to prevent any future mis-filings, documents intended to be filed in Bishop I must include the case number on the first page and any

1 | amended complaints must be filed by mail.

2 |     Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to file the
3 | complaint in this case as a first amended complaint in Bishop v. Dodson, Cal. E.D. No. 2:21-cv-
4 | 0574 KJM DMC, and close this case.

5 | DATED: November 9, 2021

                                          /s/ Allison Claire
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE